THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR. 
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 William James
 Lillie, Petitioner,
 v.
 State of South Carolina, Respondent.
 
 
 

Appeal from Greenville County
 Edward W. Miller, Circuit Court Judge

Memorandum Opinion No. 2009-MO-041
 Submitted May 28, 2009  Filed July 20,
2009

DISMISSED AS IMPROVIDENTLY GRANTED

 
 
 
 Appellate
 Defender LaNelle C. DuRant, of South Carolina Commission on Indigent Defense,
 of Columbia, for Petitioner.
 Attorney
 General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant
 Deputy Attorney General Salley W. Elliott and Assistant Attorney General Karen
 Ratigan, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  We
 granted a writ of certiorari to review the denial of Petitioners application
 for Post-Conviction Relief.  We now dismiss the writ as improvidently
granted.
DISMISSED AS IMPROVIDENTLY
 GRANTED.
TOAL, C.J., WALLER,
 PLEICONES, BEATTY and KITTREDGE, JJ., concur.